# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

COREY HOOVER,

                              :

        Petitioner,                    Case No. 2:10-cv-704

                              :     District Judge Edmund A. Sargus, Jr.

   -vs-                           Magistrate Judge Michael R. Merz

STATE OF OHIO,

                              :

        Respondent.

---

## TRANSFER ORDER

---

       With the consent of District Judge Sargus and both Magistrate Judges, the reference in the above-captioned habeas corpus action is hereby TRANSFERRED from the docket of Magistrate Judge Deavers to that of Magistrate Judge Merz.

January 11, 2013.

                             s/ *Michael R. Merz*
                         United States Magistrate Judge