AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**COREY HOOVER,**

      **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

      **CASE NO.  2:10-CV-704**
**STATE OF OHIO,**      **JUDGE EDMUND A. SARGUS, JR.**
      **MAGISTRATE JUDGE MICHAEL R. MERZ**

      **Respondent.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed March 14, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 14, 2013                JOHN P. HEHMAN, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk